SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
TOVA D. WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: Tova.Wolking@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. LEMELLE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | ) Case No. 5:16-cv-01320-PLA<br>)<br>) ORDER AWARDING ATTORNEY<br>) FEES AND EXPENSES<br>) PURSUANT TO THE EQUAL<br>) ACCESS TO JUSTICE ACT, 28<br>) U.S.C. §§ 1920, 2412(d)<br>) |

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses in the amount of three-thousand, eight-hundred dollars ($3,800.00) and Plaintiff's counsel will be reimbursed costs in the amount of four-hundred dollars ($400.00), as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the parties' Stipulation for the Award of Attorney Fees.

DATED: June 8, 2017

                                                                                          _____
                                                                                          HONORABLE PAUL L. ABRAMS
                                                                                          United States Magistrate Judge